LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 15-08909-BRO (JPRx) | Date | January 11, 2016 |
|---|---|---|---|
| Title | JAVIER RAMIREZ ET AL V. WELLS FARGO BANK, N.A. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant Wells Fargo Bank, N.A.'s ("Defendant") Motion to Dismiss Plaintiffs Javier Ramirez and Maria Cuevas's ("Plaintiffs") Complaint. (Dkt. No. 14.) Defendant's Motion noticed a hearing date of January 25, 2016. (*See id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Accordingly, Plaintiffs' opposition to Defendant's Motion, if any, was due no later than January 4, 2016. To date, Plaintiffs have filed no opposition to Defendant's Motion. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion. **Both (1) Plaintiffs' response to this Order and (2) Plaintiffs' opposition to Defendant's Motion, if any, shall be filed by no later than Tuesday, January 19, 2016, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiffs' failure to timely oppose. **Plaintiffs' failure to file an opposition by this deadline may result in the granting of Defendant's Motion.**

**IT IS SO ORDERED.**

:

Initials of Preparer: rf